# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDALL STURDIVANT

NO. 2019 KW 1584

FEB 1 0 2020

---

In Re:   Randall Sturdivant, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-14-0162.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion to act as co-counsel, notice of appeal, and motion for production of transcripts, filed on September 27, 2019, if it has not already done so.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT